**Order entered January 6, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01036-CV

**D. KYLE FAGIN, INDIVIDUALY AND
AS TRUSTEE AND BENEFICIARY OF THE
D. KYLE FAGIN QUALIFIED SUBCHAPTER S TRUST, Appellant**

**V.**

**INWOOD NATIONAL BANK, INWOOD BANCSHARES, INC.,
AND CHRISTY FAGIN, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-01688**

### ORDER

Before the Court is appellant's January 4, 2021 unopposed motion for an extension of time to file his jurisdictional letter brief requested by the Court. We **GRANT** the motion and extend the time to **January 13, 2021**.

/s/    ERIN A. NOWELL
            JUSTICE